UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ESMERALDA SANJUANI RESENDEZ, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | Case No. 7:15-cv-01340-VEH-JEO |
| ) | |
| A. WASHINGTON-ADDUCI, ) | |
| ) | |
| Respondent. ) | |

## DISMISSAL ORDER

On January 26, 2017, the magistrate judge's report and recommendation (doc. 14) was entered and the parties were allowed fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. The court treats the petitioner's response (doc. 15) as her objections. The respondent has not filed any objections. Accordingly, the matter is now ripe for submission.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, and the petitioner's objections, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge. It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the petition for writ of habeas corpus is **DENIED.** This action is **DISMISSED WITH PREJUDICE**.

    **DONE** and **ORDERED** this 21st day of February, 2017.

                                                                                                  */s/ Virginia Emerson Hopkins*

                                                                                         **VIRGINIA EMERSON HOPKINS**
                                                                                         United States District Judge